[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 4, 2006
THOMAS K. KAHN
CLERK

No. 05-10497
_____

D. C. Docket No. 04-20091-CR-PAS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MELVIN HUMES,

Defendant-Appellant.

_____

No. 05-10498
_____

D. C. Docket No. 04-20091-CR-PAS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLINGTON CRUICKSHANK,

Defendant-Appellant.

_____

No. 05-10501
_____

D. C. Docket No. 04-20091-CR-PAS

UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

                                    versus

ANTHONY COX,

                                                        Defendant-Appellant.

                          _____

                              No. 05-10743

                          _____

                      D. C. Docket No. 04-20091-CR-PAS

UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

                                    versus

SELVA HUDSON,

                                                        Defendant-Appellant.

                          _____

                     Appeals from the United States District Court
                         for the Southern District of Florida

                          _____

                              **(April 4, 2006)**

Before TJOFLAT and HULL, Circuit Judges, and RESTANI[*], Judge.

---

[*]Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's denial of the defendants' motion to dismiss the indictment for lack of jurisdiction. The vessel in issue was one without nationality that was subject to United States jurisdiction under 46 U.S.C. app. § 1903. Accordingly, we affirm the defendants' convictions.

**AFFIRMED.**